# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

MARK MOSIER,                                                                                           PLAINTIFF
ADC #658749

v.                                                     4:22CV00999-JTK

MARK GOBER, et al.                                                                               DEFENDANTS

## JUDGMENT

Based on the Order entered this date, Plaintiff Mark Mosier's claims are dismissed with prejudice.

Dated this 6th day of July, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE